NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MACK CHARLES SHULER,
DOC #767560,
         Appellant,

v.

STATE OF FLORIDA,
         Appellee.

Case No.2D18-1789

Opinion filed March 22, 2019.

Appeal pursuant to Fla. R. App. P. 9.141(b) (2) from the Circuit Court for Highlands County; Peter Estrada, Judge.

Mack Charles Shuler, pro se.

PER CURIAM.

Affirmed.

MORRIS, KHOUZAM, and LUCAS, JJ, Concur.